The Honorable Kymberly K. Evanson

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ADOLFO SANCHEZ and MARIA SIERRA, individually, and as the marital community thereof,<br><br>Plaintiff,<br><br>v.<br><br>NATIONWIDE MUTUAL INSURANCE COMPANY, an Ohio insurance company doing business in the State of Washington; ERIC GRAVES, individually and as an employee of Nationwide Mutual Insurance Company,<br><br>Defendants. | No.: 2:23-cv-01953-KKE<br><br>ORDER REGARDING STIPULATION OF LIMITED DISMISSAL AND CONSENT FOR AMENDING THE COMPLAINT |

This matter comes before the Court on the Stipulation of Limited Dismissal and Consent for Amending the Complaint submitted by Plaintiffs Adolfo Sanchez and Maria Sierra and Defendants Nationwide Mutual Insurance Company and Eric Graves. Having considered the Stipulation submitted the parties, the Court hereby ORDERS as follows:

1. Plaintiffs' claims against Defendant Eric Graves in this action are hereby DISMISSED without prejudice and without an award of costs or fees pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

2. Pursuant to Fed. R. Civ. P. 15(a)(2), Plaintiffs are to file an Amended

ORDER REGARDING STIPULATION OF LIMITED DISMISSAL AND CONSENT FOR AMENDING THE COMPLAINT
Case No: 2:23-cv-01953-KKE

PAGE 1

Bullivant|Houser|Bailey PC
925 Fourth Avenue, Suite 3800
Seattle, Washington 98104
Telephone: 206.292.8930

Complaint for Damages removing Eric Graves as a defendant and replacing Defendant Nationwide Mutual Insurance Company with Nationwide General Insurance Company within fourteen (14) days after this Order is entered. Plaintiffs' allegations and claims shall otherwise remain unchanged.

IT IS SO ORDERED.

DATED this 26th day of January, 2024.

_____
Kymberly K. Evanson
United States District Judge

Presented by:

BULLIVANT HOUSER BAILEY PC

By   *s/ Westin McLean*
     Westin McLean, WSBA #46462
     westin.mclean@bullivant.com
     *Attorney for Defendants Nationwide*
     *Mutual Insurance Company and Eric Graves*

Approved as to form and content by:

BEST LAW PLLC

By   *s/ Ryan Best*
     Ryan Best, WSBA #33672
     E-mail: ryan.best@bestlawspokane.com
     *Attorney for Plaintiffs Adolfo Sanchez and*
     *Maria Sierra*

ORDER REGARDING STIPULATION OF LIMITED DISMISSAL AND CONSENT FOR AMENDING THE COMPLAINT
Case No: 2:23-cv-01953-KKE

PAGE 2

Bullivant|Houser|Bailey PC
925 Fourth Avenue, Suite 3800
Seattle, Washington 98104
Telephone: 206.292.8930